

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00008-CV

RALPH ADAMS AND ALL OTHER                 APPELLANT
OCCUPANTS OF 2557 MARINA
DRIVE, GRAND PRAIRIE, TEXAS
75054

V.

FEDERAL NATIONAL MORTGAGE                APPELLEE
ASSOCIATION AKA FANNIE MAE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 20, 2012, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.


PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J., and GABRIEL, J.

DELIVERED:  July 19, 2012